**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CLOSED**

IMRAN RIZVI, ~~individually and on behalf of all others similarly situated,~~

        Plaintiff,

vs.

FISERV, INC.,

        Defendant.

No. 12 Civ. 00062 (ES)(CLW)

**[PROPOSED] ORDER**
**OF DISMISSAL WITH PREJUDICE**

    **THIS MATTER** having been jointly brought before the Court by mutual agreement of the parties; it is hereby agreed by and between Plaintiff Imran Rizvi, by and through his attorneys, The Ottinger Firm, P.C., and Defendant Fiserv, Inc., by and through its attorneys, Bryan Cave LLP, that pursuant to the parties' reasonable compromise and settlement of the above-captioned case, which involves, among other things, a bona fide dispute under the Fair Labor Standards Act, the above-captioned case shall be unconditionally dismissed with prejudice, without fees or costs to any party.

    Having considered the parties' joint submissions, the parties' settlement is fair and reasonable, and the settlement is approved and this action is dismissed with prejudice.

ORDERED this 2nd day of July, 2012.

                                                        _____
                                                        U.S.D.J Esther Salas